NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-7031

CHARLES E. BLACKWELL,

Claimant-Appellant,

v.

R. JAMES NICHOLSON,
Secretary of Veterans Affairs,

Respondent-Appellee.

ON MOTION

Before RADER, <u>Circuit Judge</u>.

<u>O R D E R</u>

Charles E. Blackwell moves without opposition to stay proceedings in this appeal pending the court's disposition of <u>Harms v. Nicholson</u>, 2007-7005.

Blackwell asserts that both this case and <u>Harms</u> involve the issue of whether an appeal to the United States Court of Appeals for Veterans Claims from a denial of a motion to vacate is timely if filed within 120 days of the date of the decision denying the motion.

We conclude that a stay is warranted and authorize the clerk of the court to grant similar unopposed motions.

Accordingly,

IT IS ORDERED THAT:

(1)   The motion to stay is granted.  Blackwell is directed to inform this court within 14 days of the court's disposition of <u>Harms</u> how he believes this appeal should proceed.  The Secretary of Veterans Affairs may also respond within that time.

(2)   A copy of this order shall be transmitted to the merits panel assigned to hear <u>Harms</u>.

(3)   The clerk of the court is authorized to grant similar unopposed motions in the future.


<table>
<tr><td>February 15, 2007</td><td>/s/ Randall R. Rader</td></tr>
<tr><td>Date</td><td>Randall R. Rader<br>Circuit Judge</td></tr>
</table>

cc:   Kenneth M. Carpenter, Esq.
      Claudia Burke, Esq.

s17